**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 16-22949-CMB |
| | ) | |
| Catharine Reed Hand, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Document No. |
| _____ | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| vs. | ) | September 14, 2021, at 2:30 p.m. |
| | ) | |
| No Respondent. | ) | |

<u>**SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES
IN CHAPTER 13 ON BEHALF OF THOMPSON LAW GROUP, P.C.**</u>

To All Creditors and Parties in Interest:

1.    Applicant represents Catharine Reed Hand.

2.    This is an interim application for the period March 3, 2020 through August 9, 2021.

3.    Previous retainer paid to Applicant: $500.00.

4.    Previous interim compensation allowed to Applicant: $5,056.01.

5.    Applicant requests additional:
      Compensation of $1,675.00
      Reimbursement of Expenses of $15.25

6.    A Zoom Video Conference Hearing will be held on <u>September 14, 2021, at 2:30 p.m.</u> before
      Judge Carlota M. Bohm via the Zoom Video Conference Application ("Zoom").  To participate
      in and join a Zoom Hearing please initiate and use the following link at least 15 minutes
      prior to the scheduled Zoom  Hearing time: https://www.zoomgov.com/j/16143800191, or
      alternatively, you may use the following Meeting ID: 161 4380 0191 For questions
      regarding the connection, contact Judge Bohm's Chambers at 412-644-4328. All attorneys and
      Parties may only appear by Zoom and must comply with Chief Judge Bohm's Zoom Procedures,
      which  can  be  found  on  the  Court's  website  at
      https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.  Under  the
      current COVID-19  circumstances,  the  general  public  may appear telephonically if
      unable to do so via the Internet. When the need to appear telephonically arises, members of  the
      general  public  should  immediately  contact  Judge  Bohm's  Chambers to make
      telephonic arrangements.  Only ten minutes  is being provided on the calendar.  No witnesses
      will be heard. If an   evidentiary hearing  is  required,  it  will  be  scheduled  by  the
      Court   for   a later   date..

7.    Any written objections must be filed with the court and served on Applicant on or before
      <u>August 26, 2021</u>, seventeen (17) days from the date of this notice plus and additional

three days if served by mail). Copies of the application are available from the applicant.

Dated: <u>August 9, 2021</u>          /s/Brian C. Thompson
                                                         Brian C. Thompson, Esquire
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404
bthompson@thompsonattorney.com