# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 16-22949-CMB |
| | ) | |
| Catharine Reed Hand, | ) | Chapter 13 |
| | ) | |
|     Debtor. | ) | Document No. |
| _____ | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. 123, 124 |
| | ) | |
|     Applicant, | ) | **Hearing date and time:** |
| vs. | ) | September 14, 2021, at 2:30 p.m. |
| | ) | |
|     No Respondent. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that:

1) The foregoing Application of Thompson Law Group, P.C. for Interim Compensation and Reimbursement of Expenses as Counsel for Debtor, Proposed Order, Exhibits and corresponding Summary Cover Sheet and Notice of Hearing were served via First Class U.S. Mail postage prepaid on the Debtor, United States Trustee, and the Chapter 13 Trustee at the addresses listed on the attached Bankruptcy Clerk's mailing matrix.

2) The Summary Cover Sheet and Notice of Hearing on Professional Fees was served on all creditors and parties in interest listed on the attached Bankruptcy Clerk's mailing matrix via First Class U.S. Mail postage prepaid.

Dated: August 9, 2021

/s/ Jeffrey Castello
Jeffrey Castello, Paralegal
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404
jcastello@thompsonattorney.com