# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Catharine Reed Hand, | : | Bankruptcy Case No.: 16-22949-CMB |
| Debtor. | : | Chapter 13 |
| Catharine Reed Hand, | : | |
| | : | Document No.: 139 |
| Movant, | : | |
| | : | Related to Document No.: 138 |
| v. | : | |
| Freedom Mortgage Corporation, | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Kristen Finke, Paralegal, certify under penalty of perjury that I served the forgoing Debtor's Declaration of Sufficient Plan Funding, on November 12, 2021, on the interested parties listed below:

Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Freedom Mortgage Corporation\
10500 Kincard Drive
Fishers, IN 46037

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date: November 12, 2021

By: /s/ Kristen Finke
Kristen Finke, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
kfinke@thompsonattorney.com