**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **CATHARINE REED HAND** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **16-22949CMB** |

# Form 4100N
# Notice of Final Cure Payment                    10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

| | |
|---|---|
| **Name of creditor:** | PINGORA LOAN SERVICING LLC |
| **Court claim no.** (if known): | 8 |
| **Last 4 digits** of any number you use to identify the debtor's account | 9 4 3 3 |
| **Property Address:** | 2 HOMEKORT AVE<br>WEST VIEW PA 15229 |

### Part 2: Cure Amount

| Total cure disbursments made by the trustee: | | Amount |
|---|---|---|
| a. Allowed prepetition arrearage: | (a) $ | 367.74 |
| b. Prepetition arrearage paid by the trustee: | (b) $ | 367.74 |
| c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 0.00 |
| d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 0.00 |
| e. Allowed postpetition arrearage: | (e) $ | 0.00 |
| f. Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g. **Total.** Add lines b, d, and f. | (g) $ | 367.74 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

| | |
|---|---|
| Current monthly mortgage payment | $ $894.46 |
| The next postpetition payment is due on | 11 / 1 / 2021 (MM / DD / YYYY) |

☐ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **CATHARINE REED HAND** | Case number *(if known)* **16-22949CMB** |
|---|---|---|
| | Name | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

**X** /s/ Ronda J. Winnecour           Date   11/23/2021
Signature

| Trustee | Ronda J. Winnecour |
|---|---|
| Address | CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219 |
| Contact phone | (412) 471-5566     Email   cmecf@chapter13trusteewdpa.com |

| Debtor 1 | CATHARINE REED HAND | Case number *(if known)* | 16-22949CMB |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 02/25/2020 | 1150797 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 367.74 |
| | | | | 367.74 |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 10/26/2016 | 1018232 | PHH MORTGAGE CORP(*) | AMOUNTS DISBURSED TO CREDITOR | 540.88 |
| 11/21/2016 | 1021527 | PHH MORTGAGE CORP(*) | AMOUNTS DISBURSED TO CREDITOR | 724.57 |
| 12/21/2016 | 1024854 | PINGORA LOAN SERVICING | AMOUNTS DISBURSED TO CREDITOR | 648.37 |
| 01/27/2017 | 1028341 | PINGORA LOAN SERVICING | AMOUNTS DISBURSED TO CREDITOR | 1,002.55 |
| 02/24/2017 | 1031739 | PINGORA LOAN SERVICING | AMOUNTS DISBURSED TO CREDITOR | 717.12 |
| 03/28/2017 | 1035181 | PINGORA LOAN SERVICING | AMOUNTS DISBURSED TO CREDITOR | 728.48 |
| 04/21/2017 | 1038453 | PINGORA LOAN SERVICING | AMOUNTS DISBURSED TO CREDITOR | 734.41 |
| 05/25/2017 | 1041736 | PINGORA LOAN SERVICING | AMOUNTS DISBURSED TO CREDITOR | 740.43 |
| 06/27/2017 | 1045117 | PINGORA LOAN SERVICING | AMOUNTS DISBURSED TO CREDITOR | 744.90 |
| 07/25/2017 | 1048416 | PINGORA LOAN SERVICING | AMOUNTS DISBURSED TO CREDITOR | 748.24 |
| 08/25/2017 | 1051776 | PINGORA LOAN SERVICING | AMOUNTS DISBURSED TO CREDITOR | 1,134.00 |
| 09/26/2017 | 1055097 | PINGORA LOAN SERVICING | AMOUNTS DISBURSED TO CREDITOR | 792.47 |
| 10/25/2017 | 1058458 | PINGORA LOAN SERVICING | AMOUNTS DISBURSED TO CREDITOR | 812.96 |
| 11/21/2017 | 1061707 | PINGORA LOAN SERVICING | AMOUNTS DISBURSED TO CREDITOR | 834.70 |
| 12/21/2017 | 1065013 | PINGORA LOAN SERVICING | AMOUNTS DISBURSED TO CREDITOR | 852.08 |
| 01/25/2018 | 1068441 | PINGORA LOAN SERVICING | AMOUNTS DISBURSED TO CREDITOR | 1,298.91 |
| 02/23/2018 | 1071625 | PINGORA LOAN SERVICING | AMOUNTS DISBURSED TO CREDITOR | 878.40 |
| 03/28/2018 | 1074811 | PINGORA LOAN SERVICING | AMOUNTS DISBURSED TO CREDITOR | 887.92 |
| 04/24/2018 | 1078058 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 896.09 |
| 05/25/2018 | 1081334 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 901.57 |
| 06/22/2018 | 1084455 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 905.69 |
| 07/26/2018 | 1087698 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,363.16 |
| 08/28/2018 | 1090916 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 956.43 |
| 09/25/2018 | 1094050 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,042.20 |
| 10/29/2018 | 1097298 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,048.56 |
| 11/27/2018 | 1100420 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 912.68 |
| 12/21/2018 | 1103521 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 912.16 |
| 01/25/2019 | 1106758 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 524.82 |
| 02/25/2019 | 1110001 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,488.38 |
| 03/25/2019 | 1113282 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 961.16 |
| 04/26/2019 | 1116598 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,406.03 |
| 05/24/2019 | 1119990 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 933.62 |
| 06/25/2019 | 1123404 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,288.98 |
| 07/29/2019 | 1126839 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 887.12 |
| 08/27/2019 | 1130323 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 887.12 |
| 09/24/2019 | 1133587 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 887.12 |
| 10/24/2019 | 1136962 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 887.12 |
| 11/25/2019 | 1140418 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 887.12 |
| 12/23/2019 | 1143812 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 887.12 |
| 01/28/2020 | 1147268 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 887.12 |
| 02/25/2020 | 1150797 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 887.12 |
| 03/23/2020 | 1154276 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 887.12 |
| 04/27/2020 | 1157729 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 887.12 |
| 05/26/2020 | 1161063 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 887.12 |
| 06/26/2020 | 1164221 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 369.86 |
| 07/29/2020 | 1167318 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,404.38 |
| 08/25/2020 | 1170401 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 887.12 |
| 09/28/2020 | 1173498 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 887.12 |
| 10/26/2020 | 1176590 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 887.12 |
| 11/24/2020 | 1179652 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 887.12 |
| 12/21/2020 | 1182594 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 819.07 |
| 01/25/2021 | 1185579 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,677.74 |
| 02/22/2021 | 1188704 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,058.72 |
| 03/26/2021 | 1192012 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,537.49 |
| 04/26/2021 | 1195250 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,000.76 |
| 05/25/2021 | 1198363 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 989.77 |
| 06/25/2021 | 1201551 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 984.74 |
| 07/26/2021 | 1204753 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 1,531.42 |
| 08/26/2021 | 1207898 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 602.83 |

| Debtor 1 | **CATHARINE REED HAND** | Case number *(if known)* **16-22949CMB** |
|---|---|---|
| | Name | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE REGULAR PAYMENT (Part 3) Continued...** | | | | |
| 11/22/2021 | 1217113 | PINGORA LOAN SERVICING LLC | AMOUNTS DISBURSED TO CREDITOR | 639.48 |
| | | | | 56,285.98 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

CATHARINE REED HAND
2 HOMEKORT AVENUE
WEST VIEW, PA  15229

BRIAN C THOMPSON ESQ
THOMPSON LAW GROUP PC
125 WARRENDALE-BAYNE ROAD
WARRENDALE, PA  15086

PINGORA LOAN SERVICING LLC
C/O FREEDOM MORTGAGE CORP
ATTN. CASH PROCESSING
10500 KINCAID DR
FISHERS, IN  46037

LOIS M VITTI ESQ
VITTI LAW GROUP INC
663 FIFTH ST
OAKMONT, PA  15139


11/23/21                                                                     /s/ Roberta Saunier
                                                                              Administrative Assistant
                                                                              Office of the Chapter 13 Trustee