**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

CATHARINE REED HAND

Debtor(s)

Ronda J. Winnecour
 Chapter 13 Trustee,
  Movant
   vs.
No Respondents.

Case No.:16-22949

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

December 23, 2021

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/11/2016 and confirmed on 9/28/16. The case was subsequently     Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 93,897.70 |
| Less Refunds to Debtor | 3,316.05 | |
| TOTAL AMOUNT OF PLAN FUND | | 90,581.65 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 6,246.26 | |
|    Trustee Fee | 4,298.55 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,544.81 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PINGORA LOAN SERVICING LLC | 0.00 | 56,285.98 | 0.00 | 56,285.98 |
|     Acct: 9433 | | | | |
|   PINGORA LOAN SERVICING LLC | 367.74 | 367.74 | 0.00 | 367.74 |
|     Acct: 9433 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 22,706.88 | 0.00 | 22,706.88 |
|     Acct: 5408 | | | | |
|   JPMORGAN CHASE BANK NA | 366.24 | 366.24 | 0.00 | 366.24 |
|     Acct: 5408 | | | | |
| | | | | 79,726.84 |
| **Priority** | | | | |
|   BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CATHARINE REED HAND | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CATHARINE REED HAND | 717.70 | 717.70 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CATHARINE REED HAND | 2,598.35 | 2,598.35 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMPSON LAW GROUP PC | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMPSON LAW GROUP PC | 1,056.01 | 1,056.01 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX2-20 | | | | |
|   THOMPSON LAW GROUP PC | 1,690.25 | 1,690.25 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX9-21 | | | | |
|   PINGORA LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9433 | | | | |
|   CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
|     Acct: XXXXXXXX CMB | | | | |
| | | | | 310.00 |
| **Unsecured** | | | | |
|   CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8542 | | | | |
|   US DEPARTMENT OF EDUCATION | 67,194.28 | 0.00 | 0.00 | 0.00 |

16-22949                                                                                                                   Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 6316 | | | | |
| HENRICO FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7700 | | | | |
| NAVIENT SOLUTIONS INC | 2,790.27 | 0.00 | 0.00 | 0.00 |
| Acct: 6316 | | | | |
| BILL ME LATER INC A/S/F SYNCHRONY B/ | 2,292.81 | 0.00 | 0.00 | 0.00 |
| Acct: 8537 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 4,551.34 | 0.00 | 0.00 | 0.00 |
| Acct: 3207 | | | | |
| NAVIENT SOLUTIONS INC | 3,927.34 | 0.00 | 0.00 | 0.00 |
| Acct: 6316 | | | | |
| NAVIENT SOLUTIONS INC | 1,644.26 | 0.00 | 0.00 | 0.00 |
| Acct: 6316 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCCALLA RAYMER  ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UNIVERSITY HEALTH ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6316 | | | | |
| VISA++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6823 | | | | |

***N O N E***

TOTAL PAID TO CREDITORS                                                                                           80,036.84

TOTAL CLAIMED
PRIORITY           310.00
SECURED            733.98
UNSECURED       82,400.30

Date: 12/23/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　　CATHARINE REED HAND<br><br>　　　　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　　　Movant<br>　　　　vs.<br>　No Repondents. | Case No.:16-22949<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　　AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                           Case No. 16-22949-CMB

Catharine Reed Hand                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                      User: dsaw                                      Page 1 of 3
Date Rcvd: Dec 27, 2021                            Form ID: pdf900                             Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Catharine Reed Hand, 2 Homekort Avenue, West View, PA 15229-1641 |
| cr | + | Peoples Natural Gas Company LLC, 225 North Shore Drive, Attention: Barbara Rodgers, Pittsburgh, PA 15212-5861 |
| 14272665 | + | Fedloan Servicing, POB 69184, Harrisburg, PA 17106-9184 |
| 14803777 | + | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14272666 | + | Henrico FCU, 9401 West Broad Street, Henrico, VA 23294-5331 |
| 14272669 | + | PHH Mortgage Corporation, 4001 Leadenhall Road, Mount Laurel, NJ 08054-4611 |
| 14337002 | + | PINGORA LOAN SERVICING, LLC, PHH MORTGAGE CORPORATION, ONE MORTGAGE WAY, MAIL STOP SV01, MOUNT LAUREL, NJ 08054-4637 |
| 14331000 | | U.S. Department of Education, C/O FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14272672 | + | University Health Associates, 1 Stadium Drive, Morgantown, WV 26506-7900 |
| 14272673 | + | Visa, PO Box 71050, Charlotte, NC 28272-1050 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bncmail@w-legal.com | Dec 28 2021 02:41:00 | Synchrony Bank, c/o Weinstein & Riley, P.S., 2001 Western Ave., Suite #400, Seattle, WA 98121-3132 |
| 14335652 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 28 2021 02:40:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14272664 | + | Email/Text: ccusa@ccuhome.com | Dec 28 2021 02:40:00 | Credit Collection USA, 16 Distributors Drive, Suite 1, Morgantown, WV 26501-7209 |
| 14289598 | | Email/Text: bk.notifications@jpmchase.com | Dec 28 2021 02:40:00 | JPMorgan Chase Bank N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 14272667 | | Email/PDF: pa_dc_claims@navient.com | Dec 28 2021 02:39:53 | Navient, PO Box 13611, Philadelphia, PA 19101 |
| 14306058 | | Email/PDF: pa_dc_claims@navient.com | Dec 28 2021 02:39:44 | Navient Solutions, Inc., P.O. Box 9640, Wilkes-Barre, PA 18773-9640 |
| 14336864 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 28 2021 02:39:34 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14272668 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 28 2021 02:39:32 | Paypal Credit, PO Box 5138, Timonium, MD 21094-5138 |
| 14953482 | + | Email/Text: bncmail@w-legal.com | Dec 28 2021 02:41:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14272670 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 28 2021 02:39:38 | Sears/CNBA, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 14272671 | + | Email/Text: bk.notifications@jpmchase.com | Dec 28 2021 02:40:00 | Subaru Motors Finance/Chase Auto Finance, PO Box 78101, Phoenix, AZ 85062-8101 |

TOTAL: 11

| District/off: 0315-2 | User: dsaw | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 27, 2021 | Form ID: pdf900 | Total Noticed: 21 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Pingora Loan Servicing, LLC |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 29, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Catharine Reed Hand bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Jerome B. Blank | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |
| Jerome B. Blank | on behalf of Creditor Pingora Loan Servicing  LLC pawb@fedphe.com |
| Lois M. Vitti | on behalf of Creditor Freedom Mortgage Corporation nicole@vittilaw.com  loismvitti@vittilaw.com |
| Maria Miksich | on behalf of Creditor Freedom Mortgage Corporation mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Robert P. Wendt | on behalf of Creditor Pingora Loan Servicing  LLC pawb@fedphe.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |

District/off: 0315-2 User: dsaw Page 3 of 3
Date Rcvd: Dec 27, 2021 Form ID: pdf900 Total Noticed: 21
TOTAL: 12