**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  CATHARINE REED HAND<br><br>      Debtor(s)<br>Ronda J. Winnecour, Trustee<br>      Movant<br>         vs.<br>CATHARINE REED HAND<br><br><br>      Respondents | Case No. 16-22949CMB<br><br><br>Chapter 13<br><br><br>Document No. __146__ |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this __19th__ day of __January__, 20__22__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Upmc<br>
Attn: Payroll Manager<br>
3477 Euler Wy<br>
Pittsburgh, PA 15213

is hereby ordered to immediately terminate the attachment of the wages of CATHARINE REED HAND, social security number XXX-XX-6316. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of CATHARINE REED HAND.

*Carlota M. Böhm* /dmk
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

FILED
1/19/22 8:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA